# U.S. District Court
## District of New Mexico – Version 6.1 (Las Cruces)
## CRIMINAL DOCKET FOR CASE #: 2:16–cr–00103–WJ–1

Case title: USA v. Hoffman et al
Magistrate judge case number:  2:15–mj–04114–CG

Date Filed: 01/13/2016
Date Terminated: 09/16/2016

Assigned to: District Judge
William P. Johnson

## Defendant (1)

**Daniel Arthur Hoffman**
*TERMINATED: 09/16/2016*
*also known as*
Daniel Hoffman
*TERMINATED: 09/16/2016*

represented by **Steve Sosa**
Federal Public Defender
Las Cruces Office
506 S. Main Street, Suite 400
Las Cruces, NM 88001
(575) 527–6930
Fax: (575) 527–6933
Email: steve_sosa@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

## Pending Counts

21:846 CONSPIRACY
(1)

## Disposition

SENTENCE IMPOSED: CBOP: 298 days or time
served, whichever is less; 4 years supervised
release with special conditions; SPA: $100.00;
Deft held in custody

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

21:841(a)(1) Possession with Intent
to Distribute 117.26 kgs of
Marijuana; 21:846 Conspiracy

## Disposition

## Plaintiff

**USA**

represented by **Selesia L. Winston**
United States Attorney's Office
555 S. Telshor, Suite 300
Las Cruces, NM 88011
575–522–2304

Fax: 575−522−2391
Email: selesia.winston@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2015 | | Arrest of Daniel Hoffman & Eduardo Neria−Galvan. (kls) [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 11/30/2015 | | Set/Reset Hearings as to Daniel Hoffman & Eduardo Neria−Galvan: Initial Appearance set for 11/30/2015 at 10:30 AM in Las Cruces − 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. (kls) [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 11/30/2015 | 1 | COMPLAINT as to Daniel Arthur Hoffman and Eduardo Neria−Galvan. (jv) [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 11/30/2015 | | Attorney update in case as to Daniel Arthur Hoffman and Eduardo Neria−Galvan. Attorney Selesia Lee Winston for USA added. (vh) [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 11/30/2015 | 2 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Initial Appearance as to Daniel Arthur Hoffman and Eduardo Neria−Galvan held on 11/30/2015; Defendants in custody; Preliminary/Detention hearing to be set at a later date. (Recording Info: LCR Sierra Blanca) (Interpreter: Rafael Carrillo) (jv) [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 11/30/2015 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Steve Sosa for Daniel Arthur Hoffman by Magistrate Judge Carmen E. Garza (arn) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:15−mj−04114−CG] (Entered: 11/30/2015) |
| 12/01/2015 | 5 | NOTICE OF HEARING as to Daniel Arthur Hoffman and Eduardo Neria−Galvan: Preliminary/Detention Hearing set for 12/2/2015 at 9:30 AM in Las Cruces − 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory B. Wormuth. [*Interpreter Needed*](bw) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:15−mj−04114−CG] (Entered: 12/01/2015) |
| 12/02/2015 | 6 | Clerk's Minutes for proceedings held before Magistrate Judge Gregory B. Wormuth: Preliminary/Detention Hearing as to Daniel Arthur Hoffman held on 12/2/2015; Detention Hearing continued. (Recording Info: LCR Sierra Blanca) (vh) [2:15−mj−04114−CG] (Entered: 12/02/2015) |
| 12/02/2015 | 9 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 75 days for a total of 105 days pursuant to 18:3161 by Daniel Arthur Hoffman (vh) [2:15−mj−04114−CG] (Entered: 12/02/2015) |
| 12/02/2015 | 10 | ORDER TO CONTINUE − Ends of Justice as to Daniel Arthur Hoffman by Magistrate Judge Gregory B. Wormuth (vh) [2:15−mj−04114−CG] (Entered: 12/02/2015) |
| 12/03/2015 | 13 | NOTICE OF HEARING as to Daniel Arthur Hoffman: Detention Hearing reset for 12/4/2015 at 9:30 AM in Las Cruces, NM − 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. (kls) [THIS IS A TEXT−ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:15−mj−04114−CG] (Entered: 12/03/2015) |
| 12/04/2015 | 14 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Detention Hearing as to Daniel Arthur Hoffman held on 12/4/2015 (Recording Info: LCR Sierra Blanca) (vh) [2:15−mj−04114−CG] (Entered: 12/04/2015) |
| 12/04/2015 | 15 | ORDER OF DETENTION as to Daniel Arthur Hoffman by Magistrate Judge Carmen E. Garza (vh) [2:15−mj−04114−CG] (Entered: 12/04/2015) |

| 01/06/2016 | 16 | NOTICE OF HEARING as to Daniel Arthur Hoffman and Eduardo Neria–Galvan: Change of Plea Hearing set for 1/13/2016 at 1:30 PM in Las Cruces – 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. [*Interpreter Needed*](bw) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [2:15–mj–04114–CG] (Entered: 01/06/2016) |
|---|---|---|
| 01/13/2016 | 17 | INFORMATION as to Daniel Arthur Hoffman (1) count(s) 1, Eduardo Neria–Galvan (2) count(s) 1. (jjs) (Entered: 01/14/2016) |
| 01/13/2016 | 18 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Daniel Arthur Hoffman (jjs) (Entered: 01/14/2016) |
| 01/13/2016 | 19 | WAIVER OF INDICTMENT by Daniel Arthur Hoffman (jjs) (Entered: 01/14/2016) |
| 01/13/2016 | 20 | PLEA AGREEMENT as to Daniel Arthur Hoffman (jjs) (Entered: 01/14/2016) |
| 01/13/2016 | 21 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Plea Hearing as to Daniel Arthur Hoffman held on 1/13/2016, Plea entered by Daniel Arthur Hoffman (1) Guilty Count 1. (Recording Info: LCR–Sierra Blanca) (Interpreter: Velia Salinas) (jjs) (Entered: 01/14/2016) |
| 07/14/2016 | 31 | PLEASE TAKE NOTICE that defendant Daniel Arthur Hoffman has been reassigned to District Judge William P. Johnson. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmcourt.fed.us<br><br>The first page of each document must have the case file number and initials of the assigned judge. ***Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.*** Kindly reflect this change in your filings.<br><br>Judge LC Visiting no longer assigned to this case. [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 07/14/2016) |
| 07/14/2016 | 32 | NOTICE OF HEARING as to Daniel Arthur Hoffman: Sentencing set for 7/28/2016 at 10:00 AM in Las Cruces – 320 Tortugas Courtroom (North Tower) before District Judge William P. Johnson. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmcourt.fed.us (js) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/14/2016) |
| 07/25/2016 | 33 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Daniel Arthur Hoffman (Sosa, Steve) (Entered: 07/25/2016) |
| 07/27/2016 | 35 | RESPONSE by USA as to Daniel Arthur Hoffman re 33 Objection to Presentence Investigation Report (Winston, Selesia) (Entered: 07/27/2016) |
| 07/28/2016 | 36 | Clerk's Minutes for proceedings held before District Judge William P. Johnson: Sentencing Hearing Continued as to Daniel Arthur Hoffman held on 7/28/2016 (Recording Info: LCR – Tortugas) (kg) (Entered: 07/28/2016) |
| 08/31/2016 | 37 | NOTICE OF HEARING as to Daniel Arthur Hoffman: A Telephonic Status Conference set for 9/6/2016 at 1:15 PM before District Judge William P. Johnson. Counsel and Probation are directed to phone the Court's "Meet–Me–Line" at 505–348–2308 to participate in the hearing. (rwg) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/31/2016) |
| 09/06/2016 | 38 | Clerk's Minutes for proceedings held before District Judge William P. Johnson: Telephonic Status Conference as to Daniel Arthur Hoffman held on 9/6/2016 (Court Reporter: M. Loughran) (kg) (Entered: 09/06/2016) |
| 09/06/2016 | 39 | NOTICE OF HEARING as to Daniel Arthur Hoffman: Sentencing set for 9/16/2016 at 1:30 PM in Albuquerque – 540 Bonito Courtroom before District Judge William P. Johnson. (rwg) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/06/2016) |
| 09/16/2016 | 40 | Clerk's Minutes for proceedings held before District Judge William P. Johnson: Sentencing held on 9/16/2016 for Daniel Arthur Hoffman (1), Count(s) 1, SENTENCE IMPOSED: CBOP: 298 days or time served, whichever is less; 4 years supervised |

| | | release with special conditions; SPA: $100.00; Deft held in custody. (Court Reporter: M. Loughran) (kg) (Entered: 09/16/2016) |
|---|---|---|
| 10/03/2016 | 41 | JUDGMENT as to Daniel Arthur Hoffman by District Judge William P. Johnson. (rwg) (Entered: 10/03/2016) |
| 12/19/2016 | 42 | ORDER Transferring Jurisdiction – Part I as to Daniel Arthur Hoffman by District Judge William P. Johnson on 12/19/2016, pursuant to 18 U.S.C. 3605 for purposes of probation or supervised release. This document will be sent by USPPS–DNM to the receiving district for execution of Part 2, Order Accepting Jurisdiction. (kg) (Entered: 12/19/2016) |