IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2016 JAN 13  PM 5:02

CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-103 VJ1 |
| | ) | |
| vs. | ) | 21 U.S.C. § 846:  Conspiracy |
| | ) | |
| **DANIEL ARTHUR HOFFMAN** and | ) | |
| **EDUARDO NERIA-GALVAN,** | ) | |
| | ) | |
| Defendants. | ) | |

## INFORMATION

The United States Attorney charges:

On or about November 24, 2015, in Hidalgo County, in the District of New Mexico, the

defendants, **DANIEL ARTHUR HOFFMAN and EDUARDO NERIA-GALVAN,**

unlawfully, knowingly and intentionally combined, conspired, confederated and agreed, and

acted interdependently with each other and with other persons whose names are known and

unknown to the Government to commit an offense against the United States, specifically, to

possess with intent to distribute 50 kilograms and more of a mixture and substance containing a

detectable amount of marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

DAMON P. MARTINEZ
United States Attorney

SELESIA L. WINSTON
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM  88011
(575) 522-2304